**MICHAEL H. SPORN**

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

July 13, 2020

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Javier Benitez
Ind. No. 18 CR 390 (PAE)

Dear Judge Engelmayer:

Despite counsel's best intentions to comply with the schedule suggested in the Court's invitation to supplement Mr. Benitez's motion, I am constrained by the press of other business to respectfully request that the time for me to file be extended from today until July 16, 2020. Thank you for your consideration of this matter.

Respectfully submitted,

Michael H. Sporn

MHS/ss
Cc: Michael Krause, Esq.

Granted. Defendant's memorandum is due July 16, 2020, and the Government's response is due July 20, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

July 14, 2020