# MICHAEL H. SPORN

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

August 5, 2020

By ECF and Email

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re: United States v. Javier Benitez
> Ind. No. 18 CR 390 (ALC)
> Emergency Motion for Compassionate Release Due to COVID-19
> Outbreak at FCI Danbury

Dear Judge Engelmayer:

As your Honor may recall, we recently concluded a compassionate release proceeding in the above-referenced matter. In the course of preparing to submit a CJA voucher for services rendered in connection with the application, I am advised by the CJA Clerk's Office that an Order is required as a predicate to submitting my voucher. Accordingly, this *ex parte* letter is respectfully submitted to request a *nunc pro tunc* Order reappointing me to represent Mr. Benitez for the purpose of representing him in his application for compassionate release. Thank you for your continuing consideration of this matter.

Respectfully submitted,

Michael H. Sporn

**GRANTED.** The Court reappoints Mr. Sporn, *nunc pro tunc* as of July 7, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 495.

8/5/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge